IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ALAINA M. ADAMS-LYONS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:13-cv-653-O |
| | § | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF No. 19). Plaintiff filed objections (ECF No. 20). The Court conducted a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are correct. Accordingly, Plaintiff's objections are **OVERRULED**, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge as the findings of the Court. Therefore, it is **ORDERED** that Defendant's Motion to Dismiss (ECF No. 18) is **GRANTED** and Plaintiff's Complaint is **DISMISSED with prejudice.**

**SO ORDERED** on this **18th day** of **December, 2013.**

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**